Nicole McGill
P.O Box 10336
Tempe, AZ 85284
480-745-4061

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      APR 1 4 2017

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole McGill,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Dalal Boraby,<br><br><br><br>　　　　　Defendant. | CASE NUMBER: CV-17-1115-PHX-DKD<br><br><br>COMPLAINT |

### Jurisdiction

　　This court has jurisdiction over this matter pursuant to Defamation of Character and illegal eviction §§ Morris v. Warner, 160 Ariz. 55, 62. The plaintiff is a resident of Tempe, Maricopa County, Arizona and a citizen of the United States. The defendant, Dalal Boraby, is a resident of Tempe, Arizona and a citizen of the United States. The cause of action arose in the Phoenix division.

### Complaint

1

Dalal Boraby and I had a verbal agreement to be roommates starting September 1, 2016 pril 24, 2017 however, the Defendant obtained a Personal Protection Order under false pretenses to illegally evict me after rent was paid. I had to leave the apartment in the middle of the night without nowhere to go. I've missed work due to these events and have endured pain and suffering with being homeless.

## Demand

I would like the court to review the facts and award a judgment in my favor. I would also like the Defendant to be punished for falsifying a Personal Protection Order and by lying under oath during the court appearance for the PPO.. **Damages: $1181.00.** $625 - rent paid to Dalal Boraby for March (illegally evicted before month end) - missed work compensation due to court filing and appearance - additional rent I paid for April - pain and suffering from being homeless.

Dated: 4-14-17

*Nicole McGill* (signature)

Signature of Pro Se Plaintiff
Nicole McGill
P.O Box 10336
Tempe, AZ 85284
480-745-4061