# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nicole McGill, | No. CV-17-1115-PHX-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Dalal Boraby, | |
| Defendant. | |

Plaintiff filed her Complaint on April 14, 2017.  Pending before the Court is Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 2).  Plaintiff has failed to comply with this Court's Order dated April 20, 2017 (Doc. 6).  The Court stated that "failure to comply with this Order may result in the dismissal of this matter" (*Id.* at 3).  The Court notes that the docket contains a consent executed by the only appearing party to this action to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).  Accordingly, due to Plaintiff's failure to comply with the Court's Order regarding filing an Amended Complaint,

**IT IS HEREBY ORDERED** dismissing this case without prejudice.

Dated this 6th day of June, 2017.

_____
David K. Duncan
United States Magistrate Judge